

Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge 10/1/21

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ALEX ALFONSO SALAVERRIA
Plaintiff(s)

CIVIL CASE No.

VS.

21-cv-01759

THE UNITED STATES OF AMERICA

# MOTION FOR IMMEDIATE PROTECTIVE ORDER

PLAINTIFF ALEX ALFONSO SALAVERRIA hereby requests the Honorable Judge Trevor M McFadden issue an IMMEDIATE PROTECTIVE ORDER against DEFENDANT(S): THE UNITED STATES OF AMERICA: STATE OF CALIFORNIA, FEDERAL BUREAU OF INVESTIGATION, LAW ENFORCEMENT AGENCIES OF THE STATE OF CALIFORNIA, DEPARTMENT OF HOMELAND SECURITY, (AGENTS ACTING IN THE NAME OF USDHS), AND ANY PERSON, THIRD PARTY SET FORTH IN THE INTENT TO HARM PLAINTIFF ALEX ALFONSO SALAVERRIA WHO FEARS FOR HIS SECURITY AND HIS LIFE.

## BACKGROUND

For approximately a time frame of two months, PLAINTIFF ALEX ALFONSO SALAVERRIA has informed of ILLEGAL SURVEILLANCE, continued HARRASEMENT from LOCAL LAW ENFORCEMENT in the STATE OF CALIFORNIA, directly communicating with AGENT(S) acting in the name of the DEPARTMENT OF HOMELAND SECURITY. This directly violating CALIFORNIA SANCTUARY LAW SB 54, thus VIOLATING CALIFORNIA STATE LAW SB 1421, and CALIFORNIA PENSL CODE 832.7 : [ 1. Perjury and fabrication of evidence tied to police officers' unique powers in investigating and prosecuting crimes, 2. DISCLOSURE OF RECORDS and INFORMATION relating to incidents there off.

CALIFORNIA DEPARTMENT OF JUSTICE was informed of said allegations and failed to respond within the time frame as established by law under the CALIFORNIA PUBLIC RECORDS ACT, FREEDOM OF INFORMATION ACT (FOIA), and the DEFENDANT(S): THE STATE OF CALIFORNIA and LAW ENFORCEMENT agencies mentioned in 21-cv-01759 are now in violation of CALIFORNIA PENAL CODE 646.9 that address (POLICE) misconduct constituting CRIMINAL ACTIVITY penalized under STATE and FEDERAL laws acting in a negligent and oppressive



manner in a PREMEDITATED ATTEMPT TO HARM PLAINTIFF ALEX ALFONSO SALAVERRIA who is a DISABLED PERSON as previously mentioned in this complaint. PLAINTIFF ALEX ALFONSO SALAVERRIA has been attempted against on several occasions and hereby REQUESTS THIS HONORABLE COURT grant an immediate protective ORDER against DEFENDANT(S).

His residence at 14357 Lanning Drive Whittier, CA 90604 has been broken into, and all documents that were sent by this DISTRICT COURT were stollen including the SUMMONS sent by the Distrct Clerk. His personal APPLE Computer was stolen by these field agents. He requests these SUMMONS are provided as he currently is in Washington D.C. however fears for his security and life.

On Monday September 20, 2021 he arrived at DCA, but was obligated to take a different flight due to AMERICAN AIRLINES disclosing PRIVATE INFORMATION thus violating MONTREAL CONVENTION OF AIR TRANSPORTATION plus the CONDITIONS OF CONTRACT and CARRIAGE between him and the CARRIER. Over $17,500.00 worth of HIV MEDICATIONS have been reported lost and stolen.

THEREFORE BECAUSE OF CODE VIOLATIONS 18 U.S. CODE 1512 (TAMPERING WITH A WITNESS), 1513 (RETALIATING AGAINST A WITNESS) PLAINTIFF ALEX ALFONSO SALAVERRIA requests this HONORABLE COURT GRANT AN IMMEDIATE PROTECTIVE ORDER to protect his personal devices and DOCUMENTS that prove the deliberate CRIMINAL ACTIVITY of the DEFENDANT(S).

*[signature]*

ALEX ALFONSO SALAVERRIA
PRO SE 21-cv-01759

SUBMITTED VIA ELECTRONIC FILING:

dcdml_intake@dcd.uscourts.gov
09/ 22/ 2021

# INCIDENT REPORT

ILLEGAL ARREST AND ATTEMPTED MURDER (2) ON PREMISES
LOS ANGELES SHERIFF'S DEPARTMENT (NORWALK)
(LEGAL TEAM) (RESCUE TEAM) (SPECIALTY TEAM) (SECURITY TEAM)
SPECIAL AGENTS UNDER COVER LAPD/ UMBRELLA USDHS

LOCATION: 9628 ARMLEY AV. WHITTIER, CA
BOOKING: 6243903 (NORWALK) 09.07.2021 15:56 PM-PST
TWO BLOCKS FROM: 14357 Lanning Drive Whittier, CA 90604
USE OF EXCESSIVE FORCE (DISABLED PERSON)
FAILURE TO PROVIDE MEDICATIONS WHILE IN CUSTODY

...........................................................................................................

For several weeks Mr. Alex Alfonso Salaverria (A095-139-271) has reported the presence of "unidentified" agents in the surroundings of his residence. He has reported presence of these "field agents" at both neighbors houses (14351 Lanning Drive) (14363 Lanning Drive). In addition he believes there are other locations in the surroundings where (LEGAL TEAM) (RESCUE TEAM) (SPECIALTY TEAM) (SECURITY TEAM) have been conducting ILLEGAL SURVEILLANCE while legal proceedings in effect: CASE 21-cv-01759-TNM (District Court Washington DC) thus constituting [OBSTRUCTION OF JUSTICE 18 U.S.C. § 1503].

On the evening of September 6, 2021 these agents were intending to enter the premises of his residence with the intent to obtain RECORDS and EVIDENCE that (LEGAL TEAM) and LAPD had destroyed which had been illegally obtained through out the scope of several years. In addition records that were on record at the LOS ANGELES COUNTY RECORDS were deleted and destroyed by these agents. All of these actions without a legal warrant, and it is important to mention it has not been the first time the have acted in a negligent and illegal manner. In a similar scenario these agents acted the same way during an ILLEGAL covert operation in LAS VEGAS, NV on March 13, 2020. This has duly informed in CASE 21-cv-01759-TNM. In both circumstances the involvement of local authorities, and that of Federal Agents acting in the name of USDHS breaking SB 54 California Sanctuary Law.

On September 7, 2021 (A095-139-271) was walking peacefully looking for the other location these agents are located at 9628 ARMLEY AVE., a few blocks from his residence where he identified a (BLACK CADILLAC ESCALADE). He was conducting himself in a peaceful manner, where a "undercover agent" was in the process of eliminated because of his direct connection to (A095-139-271).

He reported these actions to the Honorable Jean Manes, US EMBASSY/ PROTOCOL SAN SALVADOR. It is very important to mention all these agent(s) have been disclosing MEDICAL RECORDS protected by (HIPAA) (ADA). The continued oppressive behavior and illegal activity has been happening for an extensive period of time.

In a similar scenario to the (INCIDENT LAS VEGAS 03.13.2021) there were numerous vehicles in the surroundings, while around 15:35 PM/ PST the neighbor SANDRA driving a (WHITE DODGE- CA-8FAK190) pointed at the agents trying to identify (A095-139-271) to several POLICE vehicles from the LOS ANGELES SHERIFF'S DEPARTMENT NORWALK STATION. POLICE approached (A095-139-271) standing on the sidewalk, and proceeded to handcuff him with no reason what so ever. One of these officers used excessive pressure on his left wrist with the intention of creating a hematoma, and as well induced some chemical which immediately numbed his wrists. As other officers came to the scene, they waited a few minutes to start asking questions so he would look under the influence of a controlled substance. The chemical substance put into his system caused immediate hyper ventilation and elevated blood pressure. During the time of the incidents there were several vehicles other than the LOS ANGELES SHERIFF'S DEPARTMENT NORWALK. He was placed in the POLICE Vehicle after (four) officers restrained him with excessive force. He was screaming for HELP, and was mentioning the name "JOANN" whom he lives with at 14357 Lanning Drive Whittier, CA 90604. In the same scenario he was not expected to survive. He was left inside the vehicle with no A/C at one point so it would trigger a heart attack. [PREMEDITATED MURDER]

These agent(s) from RESCUE TEAM, SECURITY TEAM, LEGAL TEAM, SPECIALTY TEAM have been constantly trying to identify where (A095-139-271) obtains his information. It is reminded that (A095-139-271) is son to ALEX ALFONSO SALAVERRIA LAGOS (Former Diplomat and Diputado of the Government of El Salvador). His father in turn has known numerous Ambassadors to the United States, not to mention many Diplomats working for the Department of State. Due to the continued oppressive behavior, and local POLICE not following the law, thus not initiating investigations he reached out to one of these former Diplomats to discover the ILLEGAL activity of these ROGUE Agents that were FIRED from their duties and continued to act in an ILLEGAL and OPPRESSIVE manner constituting OBSTRUCTION OF JUSTICE.

In any circumstance, nobody except under a written signed consent may disclose MEDICAL RECORDS, and or MEDICATION as established by law and protected by HIPAA Act. The same applies to any recordings obtained illegally which in turn is considered "POISONOUS EVIDENCE" as stipulated in the FRUIT OF THE POISONOUS TREE DOCTRINE. Therefore any operation is considered ILLEGAL.

The scope of all **OPERATION(S)** have been duly informed to Law Enforcement Agencies, Diplomatic Authorities, **CALIFORNIA DEPARTMENT OF JUSTICE, FBI,** and the **LOS ANGELES DISTRICT ATTORNEY** Justice Integrity Division.

Under the **FREEDOM OF INFORMATION ACT (FOIA) INTRA AGENCY, -PUBLIC RECORDS ACT GOVERNMENT CODE SECTION 6250 et seq., CALIFORNIA PUBLIC RECORDS ACT,** they are required to **DISCLOSE ALL INFORMATION.** They have destroyed evidence, and have tried to obtain the **EVIDENCE** they destroyed together in connection to LAPD and FBI Los Angeles. Several other high profile individuals are connected to this scenario.

**It is** reminded that **CALIFORNIA PENAL CODE 646.9** that addresses **POLICE MISCONDUCT** applies to <u>**FEDERAL LAW ENFORCEMENT OFFICERS**</u> when acting illegally, and that of **TITLE II OF THE AMERICAN DISABILITIES ACT: POLICE LIABILITY.** You can add violation(s) of **CALIFORNIA SANCTUARY LAW SB 54, CALIFORNIA STATE LAW SB 1421,** and most important **CALIFORNIA PENAL CODE 832.7:** Perjury or fabrication of evidence tied to "Local Law Enforcement" tied to police officers' unique powers in investigating and prosecuting crimes, and what concerns [**OBSTRUCTION OF JUSTICE: 18 U.S.C. § 1503**].

### PREMEDITATED MURDER/ ATTEMPT AGAINST A095-139-271

*California Penal Code Section 664/187 – Attempted Murder "(**State Law set as an example: PLAINTIFF will pursue criminal charges through further investigations and request the involvement of the California Department of Justice).*"

*The crime of "attempted murder" is covered under California Penal Code Section 664/187. In general terms, if you attempt to kill someone, but they don't die, then you will be facing a violent crime charge of attempted murder. It's important to note a crime is "attempted" when you had a specific intent to complete the act and you took a deliberate and direct step toward completing it. Attempted murder is serious offense carrying substantial time in a California state prison.*

### 18 U.S. Code §1111

(a) Murder is the unlawful killing of a human being with malice aforethought. Every murder perpetrated by poison, lying in wait, or any other kind of willful, deliberate, malicious, and premeditated killing; or committed in the perpetration of, or attempt to perpetrate, any arson, escape, murder, kidnapping, treason, espionage, sabotage, aggravated sexual abuse or sexual abuse, burglary, or robbery; or perpetrated as part of a pattern or practice of assault or torture against a child or children; or perpetrated from a premeditated design unlawfully

and maliciously to effect the death of any human being other than him who is killed, is murder in the first degree.

On August 31, 2021 the Honorable Judge Trevor N. McFadden issued the ORDER: (CASE 21-cv-01759) the District Court shall send summonses to Plaintiff so he may present them to the Clerk of Courts for signature and seal pursuant to Federal Rule of Civil Procedure 4(b). The documents were received on September 7, 2021.

Under this scenario, the case is now in FULL LEGAL PROCEDURE, and in consequence they have tried to stop the case by attempting to eliminate all evidence that ties these criminals to everything associated to their criminal activity as mentioned herein.

FOR THE RECORD:
21-cv-01759-TNM

CC. Enclosure
LOS ANGELES COUNTY DISTRICT ATTORNEY Justice Integrity Division.
USDHS OFFICE OF CIVIL RIGHTS AND CIVIL LIBERTIES
US DEPARTMENT OF JUSTICE Washington DC.

*[signature]*

ALEX ALFONSO SALAVERRIA
PRO SE 21-cv-01759-TNM

DULY INFORMED ON SEPTEMBER 10, 2021



-- ✂ -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --
Cut on dotted line.

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0489 4403 58**

| | | | |
|---|---|---|---|
| Trans. #: | 542236840 | Priority Mail® Postage: | $8.55 |
| Print Date: | 08/30/2021 | Total: | $8.55 |
| Ship Date: | 08/30/2021 | | |
| Expected Delivery Date: | 09/02/2021 | | |

**From:** ALEX A SALAVERRIA  Ref#: F EVIDECE
14357 LANNING DR
WHITTIER CA 90604-1024

**To:** OFFICE OF INSPECTOR GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.


**UNITED STATES POSTAL SERVICE®**  Thank you for shipping with the United States Postal Service!
Check the status of your shipment on the USPS Tracking® page at usps.com