# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALEX SALAVERRIA,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. 1: 21-cv-01759 (TNM)

## ORDER

Plaintiff Alex Salaverria filed the Complaint in this action on June 29, 2021.  Within 90 days of filing a complaint, plaintiffs must properly serve defendants or "the court—on motion or on its own after notice to the plaintiff—must dismiss the action."  Fed. R. Civ. P. 4(m).  So Salaverria was required to serve the Defendants on or before September 27, 2021.[1]  The Court informed Salaverria about the obligation under Rule 4(m) and directed Smith to file proof of proper service.  *See* 8/31/2021 Min. Order.  But Salaverria has not complied with the Court's order.  There is no proof of proper service on the docket.  For the foregoing reasons, it is hereby

**ORDERED** that this matter is dismissed under Federal Rule of Civil Procedure 4(m).

**SO ORDERED**.

Dated: October 4, 2021

TREVOR N. McFADDEN, U.S.D.J.

---

[1] The U.S. Marshals Service completes service of process for plaintiffs proceeding in forma pauperis under 28 U.S.C. § 1915.  Fed. R. Civ. P. 4(c)(3).  However, Salaverria paid the Court's filing fee and is not proceeding in forma pauperis.  *See* 6/29/2021 Docket Entry.  As a result, Salaverria "is responsible for having the summons and complaint served within the time allowed by Rule 4(m)."  Fed. R. Civ. P. 4(c)(1).