**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**ALEX ALFONSO SALAVERRIA**

           VS.                                                                          **CASE 21-cv-01759**

**THE UNITED STATES OF AMERICA**

# MOTION OF LEAVE TO AMEND COMPLAINT

UNDER 42 U.S.C. 1983 TORTS CLAIM: UNLAWFUL SEIZURE, UNLAWFUL ARREST, OBSTRUCTION OF JUSTICE (18 U.S.C. 1503), TAMPERING WITH A WITNESS (18 U.S.C. 1512), RETALIATION AGAINST A WITNESS (18 U.S.C. 1513), PREMEDITATED ATTEMPT TO HARM A DISABLED PERSON PROTECTED UNDER THE AMERICAN DISABILITIES ACT (ADA) TITLE II: POLICE LIABILITY, CIVIL ACTION TO RESTRAIN HARASSMENT OF A VICTIM-WITNESS (18 U.S.C. 1514). AGAINST DEFENDANT(S) THE UNITED STATES OF AMERICA: STATE OF CALIFORNIA, CITY OF LOS ANGELES, LOS ANGELES SHERIFF'S DEPARTMENT (NORWALK), GOVERNOR OF THE STATE OF CALIFORNIA: GAVIN NEWSOM, CALIFORNIA DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, LOS ANGELES POLICE DEPARTMENT (LAPD), AGENTS ACTING IN THE NAME OF THE DEPARTMENT OF HOMELAND SECURITY.

## BACKGROUND

On September 7, 2021 PLAINTIFF ALEX ALFONSO SALAVERRIA was **ILLEGALLY ARRESTED** by the **LOS ANGELES SHERIFF'S DEPARTMENT (NORWALK) [BOOKING ON RECORD: 6243903]** while conducting himself in a peaceful manner approximately two blocks from his residence **(9628 ARMLEY AV. WHITTIER, CA. 90604).** Officers involved were called upon with the direct connection of AGENTS **ACTING IN THE NAME OF THE DEPARTMENT OF HOMELAND SECURITY,** and as previously mentioned operating illegally in the State of California under **SB 54 (CALIFORNIA SANCTUARY LAW),** added to operating **ILLEGALLY** in the **City of LOS ANGELES** designated a **SANCTUARY CITY** that prohibits any operation from these **FEDERAL AGENTS**. The involved officers used an excessive use of force, and placed a chemical in his wrists while using pressure with handcuffs with the premeditated intent to cause a hematoma, and waited a few minutes for **PLAINTIFF ALEX ALFONSO SALAVERRIA** appear under the influence of a controlled substance. (Please refer to INCIDENT REPORT: WHITTIER/ TIMELINE OF EVENTS) submitted as evidence to this Honorable Court. Prior to his booking at the *Norwalk Station* he was taken to a Clinic close to the he was treated at the EMERGENCY ROOM for serious sustained injuries made in a premeditated manner by the arresting officers **(ASSAULT and BATTERY).** At the clinic they performed a (URINE ANALYSIS) where a controlled substance was identified **(dextroamphetamine-amphetamine XR/ ADDERALL XR)** which in fact part of his daily medications prescribed by his doctors that oversee his HIV condition both at **UCLA (Dr. Ardis A. Moe MD)** and **NYU LANGONE (Dr. Jeffrey Greene MD).** Therefore any unauthorized test performed without the consent of **PLAINTIFF SALAVERRIA** would be **ILLEGAL** and therefore may not be used as evidence as information is **ILLEGALLY** obtained, and disclosure of medical records without any authorization is protected under **HIPAA Act. Therefore the arrest of September 7, 2021 would constitute FALSE IMPRISONMENT and a serious violation of both Civil and Constitutional Rights of PLAINTIFF ALEX ALFONSO SALAVERRIA.** During his detention at the *Norwalk Station* he was left without any treatment other than disclosing once again his HIV Chronic Condition, and sustained injuries that required medications for severe inflammation and pain he was suffering during the 36 hours he was **ILLEGALLY DETAINED**. He was denied a proper diet at this facility. He clearly believes they would attempt against his life while being in custody at **LASD** *Norwalk.*

**DEFENDANT(S) would hereby have a premeditated intent to harm a disabled (Long term HIV/ AIDS survivor) protected under the     American Disabilities Act (ADA) Title II: POLICE LIABILITY and a major violation of the Universal Declaration of Human Rights of the United Nations.**  Under the dangerous and delicate circumstances **PLAINTIFF ALEX ALFONSO SALAVERRIA** has decided to open a claim against the **UNITED STATES OF AMERICA** with the **Inter-American Commission on Human Rights of the ORGANIZATION OF AMERICAN STATES (OAS)** in Washington DC.  He has informed the **Diplomatic Authorities of the Government of El Salvador making sworn declarations at the Consulate of El Salvador (Los Angeles): (Diplomat Consul Alejandro Letona), and the Consulate of El Salvador (New York): (Diplomat Consul Daniel Erazo).**

On September 9, 2021 he was seen by Dr. Ardis A. Moe at the UCLA Care Clinic where he is seen for the treatment of his HIV Chronic Condition.  Dr. Ardis A. Moe MD injected his monthly (Cabenuba) shot for the treatment of HIV, and was prescribed pain medication including Lidocaine Patches for the injuries sustained during the arrest on September 7, 2021.  Dr. Ardis A. Moe was made aware of this incident and provided the necessary medication required to treat the injuries mentioned herein more than three days after the attempt against PLAINTIFF SALAVERRIA.

On September 12, 2021 as duly informed in the (TIMELINE OF EVENTS) provided as evidence to this Honorable Court he once again sustained (ASSAULT and BATTERY) at his residence 14357 Lanning Drive Whittier, CA 90604.  The owner of the house JoAnn Diaz de Morales (former teacher from 6th Grade at the American School of El Salvador) was acting strange and in a different manner which PLAINTIFF SALAVERRIA clearly noticed.  She made false misleading accusations and booked a hotel for the evening together with her mother (Irene Diaz) proving she was either knowledgeable or had agreed upon the plan of the incidents that night perpetrated by **AGENTS ACTING IN THE NAME OF THE DEPARTMENT OF HOMELAND SECURITY.  PLAINTIFF SALAVERRIA** turned on the alarm system of the house once JoAnn Morales and her mother (Irene Diaz) left for the evening.  He mentioned there was motion detection by the alarm system for several hours.  Later that evening the alarm system both (FORCED ENTRY and FIRE ALARMS) were deployed without any answer from the **LOCAL AUTHORITIES.**  He made numerous calls to the **POLICE (LASD NORWALK)** and copied numerous people through Facebook Messenger over the incident that night.  The American Embassy (San Salvador Protocol) was made aware, as **PLAINTIFF ALEX ALFONSO SALAVERRIA** had made numerous pleas to Jean Manes who holds the highest position at that Diplomatic Embassy.  He sustained numerous injuries and was assaulted by numerous unidentified individuals that evening operating illegally and trespassing in private property.  He believes **JoAnn Morales** gave access to these **AGENTS**, and many confidential documents were stolen, personal medication for HIV treatment (Valued at $25,000 USD) among other sorts of natural remedies, including his personal APPLE Computer, court documents for CASE 21-cv-01759, other than confidential information that proves the criminal activity of both LOCAL and FEDERAL agents involved in the scope of many years of **ILLEGAL SURVEILLANCE** without justification and legal jurisdiction.  It is important to mention PLAINTIFF SALAVERRIA has been residing at 14357 Lanning Drive Whittier, CA. 90604 for more than a decade at this point.  He was exposed to radiation for around more than 12 hours. **[UNLAWFUL SEIZURE] [ASSAULT and BATTERY] [NEGLIGENT and OPPRESSIVE BEHAVIOR]**

On September 13, 2021 **PLAINTIFF SALAVERRIA** walked out his residence fearing for his security and life.  Everywhere he would go that day people were acting in a strange manner and noticed numerous vehicles after his whereabouts and location which would constitute **HARASSMENT**.  At the local CVS he was instructed to leave at one point around 12 noon, and noticed an Officer of the **LASD Norwalk.**  Two Officers approached him later telling him he was unwelcome at the CVS even though this specific location has filled his prescriptions for around 10 years.  He later looked for treatment at the PIH Clinic on Whittier Blvd. where he noticed the presence of strange people.  Because they lacked the services of (Blood draw for Absolute CD4 Count) (Test for exposure of Radiation) he then walked nearly two miles

and checked into the EMERGENCY ROOM at the PIH Hospital in Whittier.  He noticed numerous vehicles following his whereabouts.  At this location he was denied proof of services at the facility clearly violating his rights.  Because he was left unattended by hospital personnel for over two hours with serious sustained injuries, he left the facility while noticing several individuals not part of the PIH Hospital personnel where he felt uncomfortable, and makes a statement there was a premeditated intent to harm him.  Even though PIH did not provide any services nor did they treat his wounds or provided any medication; PIH Health still submitted a claim to the insurance BLUE SHIELD OF CALIFORNIA which would constitute **FRAUD.**  In addition a doctor under the name of (Michael Liu), ***out of network*** was not authorized for treatment as he clearly stated any personnel that would provide any services had to be within the network of **BLUE SHIELD OF CALIFORNIA.**  Evidence of the **FRAUDULENT CLAIMS**, are available FOR THE RECORD.  His life and security were attempted against by this medical institution, other than **ILLEGAL** disclosure of medical records constituting serious **INVATION OF PRIVACY** thus protected by **HIPAA Act. [TORTS CLAIM 1983]**

On September 14, 2021 he left his residence due to the dangerous circumstances concerning his safety and well being.  He reported the incidents to the ***Diplomatic Authorities of the Government of El Salvador that day to Diplomat Consul Alejandro Letona***.

On September 15, 2021 a Blood Draw was performed at the Care Clinic at UCLA.  This service was requested by **PLAINTIFF SALAVERRIA** at PIH Hospital which was denied and not performed as instructed.  He was given a container for (URINE ANALYSIS) for a period of 24 hours.

On September 16, 2021 he returned to the Consulate of El Salvador where pictures were taken of the sustained injuries from (09.12.2021).  He was extended and given new PASSPORT.  **ILLEGAL** surveillance of vehicles following his whereabouts continued through the next few days. Additional details are available in the **(TIMELINE OF EVENTS). [U.S.C. 1512, 1513] [OBSTRUCTION OF JUSTICE]**

When flying to Washington DC to personally hand deliver documents, **PLAINTIFF SALAVERRIA** makes a statement to this Honorable Court the last remaining evidence that prove the criminal activity of both LOCAL and FEDRAL agents in the State of California were located inside the vehicle he was driving.  The purpose of these agents was to either steal or destroy these papers that prove the **ILLEGAL** activity so papers could not be presented to this Honorable Court.  His personal information was **ILLEGALLY** disclosed by both ALASKA AIRLINES and AMERICAN AIRLINES constituting **BREACH OF CONTRACT** stipulated in the **CONDITIONS OF CARRIAGE** between passenger and the carrier.  Over $17,500.00 USD of HIV medication have been reported lost to AMERICAN AIRLINES.  BREACH OF CONTRACT was duly informed to Corporate AA Security Anthony Gallagher at ORD.  PLAINTIFF SALAVERRIA was obligated to purchase a ticket on UNITED to reach (Final Destination) DCA: Washington DC.

Continued **ILLEGAL SURVEILLANCE** and **HARASSMENT**, has continued in Washington DC, Baltimore MD, and New York City, NY.  He filed a **MOTION OF IMMEDIATE PROTECTION ORDER**; submitted to the Honorable Judge Trevor M. McFadden at the District Court of the District of Columbia.  Sworn declaration of these incidents, were made at the ***Consulate of El Salvador New York (Diplomat Consul Daniel Erazo).***  Documents were left at this Diplomatic Protocol to protect these from being stolen or destroyed by these criminals. **[TAMPERING OF EVIDENCE]**

**Therefore, PLAINTIFF ALEX ALFONSO SALAVERRIA requests this Honorable Court grant the AMENDMENT of complaint 21-cv-01759, 42 U.S.C. 1983 FOR UNLAWFUL SEIZURE, UNLAWFUL ARREST, TORTS CLAIM, against DEFENDANT(S): Count I (ASSAULT and BATTERY), Count II (DEFAMATION), Count III (FALSE IMPRISONMENT), Count IV (NEGLIGENCE and OPPRESSIVE BEHAVIOR), Count V (ILLEGAL SURVEILLANCE and HARASSMENT).**

In addition PLAINTIFF ALEX ALFONSO SALAVERRIA requests this Honorable Court open CRIMINAL PROCEEDINGS for ALL LAW ENFORCEMENT agents acting in the name of the UNITED STATES OF AMERICA that have attempted against his life in numerous occasions with the PREMEDITATED INTENT TO HARM A DISABLED PERSON (HIV/ AIDS Long term SURVIVOR) protected under the AMERICAN DISABILITIES ACT (ADA) and what constitutes (CRIMES AGAINST HUMANITY) by the UNIVERSAL DECLARATION OF HUMAN RIGHTS.  Submitted respectfully to this Honorable Court.



**ALEX ALFONSO SALAVERRIA**

**PRO PER SE 21-cv-01759**

**October 8, 2021: SUBMITTED ELECTRONICALLY dcml_intake@dcd.uscourts.gov**

**HARD COPY MAILED THROUGH USPS PRIORITY [CERTIFIED]**