UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX SALAVERRIA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 1: 21-cv-01759 (TNM) |

## ORDER

Plaintiff Alex Salaverria seeks leave to file an amended complaint. ECF No. 11. Salaverria's original Complaint was filed on June 29, 2021. ECF No. 1. The Court warned Salaverria that he had to serve Defendants on or before September 27, 2021. *See* 8/31/2021 Min. Order. Salaverria did not file proof of service by that date, so the Court dismissed the case for failure to prosecute. ECF No. 10.

Salaverria cannot file an amended complaint in a closed case. If he wishes to reopen the case, then he must file a motion to reopen on or before November 8, 2021. This motion should explain why he did not previously serve Defendants. If Salaverria does not show good cause for his failure to serve, the case will remain closed and his motion for leave to file an amended complaint will be denied. For these reasons, it is hereby

**ORDERED** that Salaverria file a motion to reopen on or before November 8, 2021.

**SO ORDERED**.

Dated: October 18, 2021

TREVOR N. McFADDEN
United States District Judge