Sent from my iPad

Begin forwarded message:

> **From:** Alex Salaverria <ASALAVERRIAC@me.com>
> **Date:** October 18, 2021 at 11:35:30 AM PDT
> **To:** dcdml_intake@dcd.uscourts.gov, Simone_Biedsoe@dcd.uscourts.gov
> **Subject: Fwd: Activity in Case 1:21-cv-01759-TNM SALAVERRIA v. UNITED STATES OF AMERICA et al Order**
>
> FOR THE RECORD 21-cv-01759
>
> I received an electronic message generated by this District Court. However Plaintiff Salaverria has duly informed this Honorable Court, that the order made by the Honorable Judge Trevor N. McFadden on 08.31.2021 has not been completed due to the circumstances of (Assault and Battery) and Agents entering his residence at 14357 Lanning Drive Whittier, CA 90604 on 09.12.2021 and stealing confidential documents and the Summons that were sent by this court. He requested these documents be mailed to him once again on October 7, 2021, however these as well were never received at the address in New York City. Plaintiff Salaverria has submitted to this court a document to be electronically served Notices moving forward but was not until Monday October 18, 2021 he was able to regain access to his Pacer Account, because of a two factor verification from Apple protecting confidential documents stored in ICloud from the stolen devices at his residence. Because he duly informed this court of the circumstances and limitations set forth because of this illegal activity and behavior from DEFENDANTS, he has not failed to respond to the ORDER set by presiding Judge Trevor N. McFadden. He has filed a complaint against the UNITED STATES OF AMERICA at the Inter-American Commission of Human Rights at the Organization of American States, as continued illegal surveillance has in fact been on going since filing the MOTION OF IMMEDIATE PROTECTIVE ORDER that was granted by this Honorable Court. Once he receives the documentation, he was to return them for the stamp from the Clerk of Courts. He was unable to respond due to circumstances beyond his control. [FOR THE RECORD].
>
> ALEX ALFONSO SALAVERRIA
> PRO PER SE 21-cv-01759

Leave to file GRANTED

*[signature]*
TREVOR N. MCFADDEN
United States District Judge
10/21/21

4