UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALEX SALAVERRIA**

Plaintiff

v.

**UNITED STATES OF AMERICA**

Defendants

Leave to file GRANTED

TREVOR N. MCFADDEN
United States District Judge
10/25/21

Case No. I: 21-cv-01759 (TNM)

# MOTION TO REINSTATE COMPLAINT
# AND PROCEED IN FORMA PAUPERIS

Plaintiff ALEX ALFONSO SALAVERRIA filed the Complaint in this action on June 29, 2021. The court informed Plaintiff SALAVERRIA about the obligation under Rule 4(m) and directed Smith to file proof of proper service. See 8/31/2021 Min. Order. On 10/04/2021 this Court made a statement ORDER to dismiss complaint because Plaintiff SALAVERRIA had not complied with the Court's ORDER pursuant under Federal Rule of Civil Procedure 4(m), and there was no proof of service on the docket.

Plaintiff SALAVERRIA was illegally arrested in Whittier, CA (BOOKING 6243903 Norwalk Los Angeles Sheriff's Department), incident where he sustained serious injuries and his life was attempted against by the arresting officers (FALSE IMPRISONMENT) and this was informed to this Court in the TIMELINE OF EVENTS submitted as proof to this Court. In addition he sustained ASSAULT and BATTERY by Agents acting in the name of the Department of Homeland Security (LEGAL TEAM, RESCUE TEAM) which entered his place of residence: (14357 Lanning Drive Whittier, CA 90604) and his life was once again attempted against by field agents operating illegally under SB 54 California Sanctuary Law, however in conjunction with Local Law enforcement (LAPD, Los Angeles Sheriff's Department-Norwalk) where there is numerous EVIDENCE of a PREMEDITATED intent to harm Plaintiff SALAVERRIA in an ILLEGAL and CRIMINAL manner. Confidential Documents, Personal Apple Computer, Court Documents of this Complaint, and numerous other important information was

ILLEGALLY obtained and stolen by these field agents (ILLEGAL SEIZURE) (POLICE MISCONDUCT) applies to this incident; other than what would constitute OBSTRUCTION OF JUSTICE 18 U.S.C. § 1503 , TAMPERING OF EVIDENCE, and RETALIATION AGAINST A WITNESS OR INFORMANT.  Plaintiff SALAVERRIA sustained serious injuries, was wounded to the point to have a LEFT SHOULDER FRACTURE, and left his place of residence under the imminent danger of his personal security.  He then travelled (driving with the last remaining EVIDENCE) to the City of San Francisco thus being followed by UNIDENTIFIED LAW ENFORCEMENT constituting (ILLEGAL SURVEILLANCE) among many other serious violations of PRIVACY and to CONSTITUTIONAL rights.  Plaintiff SALAVERRIA then travelled to Washington D.C. on 09/19/2021 where once again encountered ILLEGAL DISCLOSURE of PRIVATE information this time involving ALASKA AIRLINES and AMERICAN AIRLINES.  During this incident over $17.500.00 USD worth of HIV medication have been lost.  This Court was duly informed of all these circumstances thus Plaintiff SALAVERRIA filed a MOTION OF IMMEDIATE PROTECTIVE ORDER that was granted and a signed on 10/01/2021 by Judge Trevor N. McFadden.  He as well made it clear he was unable to communicate with the CLERK OF COURTS, and not being able to retrieve the SUMMONS that were stolen on (09.12.2021) but eventually mailed again by District Court Simone Biedsoe on (10.07.2021) to 471 Amsterdam Ave. New York, NY 10024 however these were never received.  It is reminded to this Court that anyone tampering with US POSTAL MAIL and that constituting FEDERAL COURT documents is punishable by law and is a FELONY.

Judge Trevor N. McFadden signed the PROTECTIVE ORDER on 10.01.2021, he was then aware of the circumstances involving the reason why Plaintiff SALAVERRIA was in fact unable to fulfill the Court ORDER pursuant to Fed. R. Civ. P. 4(m).  However, under the circumstances a Federal Court will allow Plaintiff and grant ten days to show good cause why service has not been made.  Plaintiff SALAVERRIA has shown this merit, and has in fact been severely impacted in his health, finances have been completely depleted, and the owner of 14357 Lanning Drive Whittier, CA. 90604: JoAnn Morales has returned his Postal Mail (even so has lived at this residence for 10 years), therefore showing this was a PREMEDITATED intent with a serious POLITICAL motive orchestrated by DEFENDANTS at numerous levels involving several LAW ENFORCEMENT AGENCIES acting in a CRIMINAL manner.  It is hereby

requested to this Court: vacate the dismissal. Criminal proceedings should be open to DEFENDANTS. In civil litigation, delays seem almost inevitable. Because litigation happens in the real world and not a perfect one, the Rules of Civil Procedure allow this flexibility within limits: see Rule 6 (b). The courts have classified this type of dismissal as the "harshest of remedies" therefore the Court must analyze:

1. Whether the Plaintiff acted in a manner that deliberately or unreasonably delayed the manner. This is not the case of Plaintiff SALAVERRIA
2. The amount of prejudice to the DEFENDANTS is mentioned in numerous circumstances and scenarios thus constituting OBSTRUCTION OF JUSTICE 18 U.S.C. § 1503. Criminal Civil Rights Violations Under 18 U.S.C. § 242

When DEFENDANTS in this case have been directly involved in OBSTRUCTION OF JUSTICE 18 U.S.C. § 1503, and directly involved in TAMPERING OF EVIDENCE, for this reason the sanctions short of dismissal would not suffice. Plaintiff has submitted a MOTION OF STAY TO AMEND 21-cv-01759 under this reason this Court should vacate the dismissal and proceed to fully prosecute as stipulated in MOTION OF STAY TO AMEND UNDER: 42 U.S.C. § 1983 TORTS CLAIM: UNLAWFUL SEIZURE, UNLAWFUL ARREST, OBSTRUCTION OF JUSTICE (18 U.S.C § 1503), TAMPERING WITH A WITNESS (18 U.S.C. § 1512), RETALIATION AGAINST A WITNESS (18 U.S.C. § 1513), PREMEDITATED ATTEMPT TO HARM A DISABLED PERSON PROTECTED UNDER THE AMERICAN DISABILITIES ACT (ADA) Title II: POLICE LIABILITY, POLICE MISCONDUCT (34 U.S.C. § 12601), CIVIL ACTION TO RESTRAIN HARASSEMENT OF A VICTIM-WITNESS (18 U.S.C. § 1514) AGAINST ALL DEFENDANTS THE UNITED STATES OF AMERICA. Because of the economic constraint Plaintiff SALAVERRIA has been purposely put in by DEFENDANTS it is requested these proceedings continue in FORMA PAUPERIS.

*[signature]*

ALEX ALFONSO SALAVERRIA

PRO PER SE 21-cv-01759

October 20, 2021: SUBMITTED ELECTRONICALLY dcml_intake@dcd.uscourts.gov

HARD COPY MAILED THORUGH USPS PRIORITY [CERTIFIED]